UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CRANBURY BRICK YARD, LLC,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. Action No. 15-2789 (BRM)(LHG) |
| : | |
| **UNITED STATES OF AMERICA,** : | |
| **et al.,** : | |
| : | |
| Defendants. : | |

## FIFTH AMENDED PRETRIAL SCHEDULING ORDER

**THIS MATTER** having come before the Court on the written request of Defendants to modify certain deadlines in the Fourth Amended Pretrial Schedule Order dated March 15, 2017 (Dkt. 44), with no opposition by Plaintiff; and for good cause shown,

**IT IS** on this 28th day of **June 2017**,

**ORDERED** that no additional fact discovery is to be issued or engaged in except upon application and for good cause shown; and it is further

**ORDERED** that the parties shall serve any rebuttal expert reports (other than rebuttals to Defendants' allocation expert report(s), which are separately addressed below) by no later than **July 17, 2017**; and it is further

**ORDERED** that the parties shall complete any depositions of rebuttal experts (other than Plaintiff's allocation rebuttal expert(s), if any) by no later than **August 28, 2017**; and it is further

**ORDERED** that the Plaintiff shall serve any rebuttal expert reports in response to Defendants' allocation expert report(s) by no later than **September 15, 2017**; and it is further

DB1/ 90339263.1

**ORDERED** that the parties shall attend an in-person settlement conference in chambers on **September 11, 2017** at 10:00 a.m., ~~and that in attendance or available telephonically~~, Plaintiff shall have a representative with full settlement authority ∨ *attending in-person* and the United States shall have a representative authorized to recommend a settlement to appropriate government officials; and it is further

**ORDERED** that the parties shall complete all expert discovery, including the deposition of Plaintiff's allocation rebuttal expert(s), by no later than **October 13, 2017**; and it is further

**ORDERED** that dispositive motions may be filed no later than **November 9, 2017**, and made returnable **December 4, 2017**. Counsel are to notify Chambers within five days of a decision on any dispositive motions if the decision does not resolve all issues in the case; and it is further

**ORDERED** that all other provisions of the March 8, 2016 Pretrial Scheduling Order, July 15, 2016 Amended Pretrial Scheduling Order, November 4, 2016 Second Amended Pretrial Schedule Order, February 23, 2017 Third Amended Pretrial Scheduling Order, and March 15, 2017 Fourth Amended Pretrial Schedule Order not modified by today's Fifth Amended Order shall continue in effect.

**SO ORDERED.**

Dated: June 28, 2017

_____
LOIS H. GOODMAN
United States Magistrate Judge

DB1/ 90339263.1