# INDEX OF EXHIBITS
## TO UNITED STATES' STATEMENT OF UNDISPUTED FACTS
## IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

| EXHIBIT | DESCRIPTION | DATE |
|---|---|---|
| 1 | Excerpt of Deposition of Bernard L. Birkel | 08/11/2006 |
| 2 | Excerpt of Deposition of Steve J. Hazel | 09/01/2016 |
| 3 | Excerpt of Deposition of Steve J. Hazel | 06/20/2006 |
| 4 | Excerpt of Deposition of William Lynott (CBY 30(b)(6)) (confidential) | 09/14/2016 |
| 5 | Excerpt of Deposition of Brian A. Blum and Exhibit 4 (confidential) | 11/21/2016 |
| 6 | Excerpt of Deposition of Robert M. Zoch, Jr. | 05/19/2017 |
| 7 | Excerpt of Deposition of Steven Ganch | 11/02/2016 |
| 8 | Excerpt of Deposition of Raymond Dovell (confidential) | 05/23/2017 |
|  |  |  |
| 9 | Excerpt of Hall to the Chief of Bureau Ordnance | 10/22/1942 |
| 10 | Excerpt of Civilian Production Administration, Alphabetical Listing of Major War Supply Contracts, Cumulative, Vol. 4 | 06/1940-09/1945 |
| 11 | Excerpt of Ordnance Ammunition Program, Volume VIII | 07/01/1950-12/31/1952 |
| 12 | Excerpt of Langan Environmental, Remedial Investigation Report/Remedial Action Work Plan | 09/2016 |

| EXHIBIT | DESCRIPTION | DATE |
|---|---|---|
| 13 | NJDEP, Directive and Notice to Insurers | 12/24/2004 |
| 14 | Administrative Consent Order | 01/28/2005 |
| 15 | Excerpt of Purchase and Sale Agreement with CDC | 07/18/2005 |
| 16 | Bill of Sale and Assignment | 01/11/2006 |
| 17 | Confidential Settlement Agreement (confidential) | 01/30/2006 |
| 18 | Escrow Agreement (confidential) | 01/30/2006 |
| 19 | Excerpt of Environmental Indemnity Agreement | 01/30/2006 |
| 20 | Administrative Consent Order Amendment | 02/16/2006 |
| 21 | Excerpt of JCH Environmental Insurance Brokers, Insurance binder for Site Pollution Incident Legal Liability Select | 10/22/2008 |
| 22 | No. 05-1834, Docket No. 50 | 10/22/2008 |
| 23 | Excerpt of MMG Monthly Report | 12/03/2013 |
| 24 | Excerpt of AMEC, Interim Remedial Measures Report for MEC Removal Activities | 06/22/2016 |
| 25 | Excerpt of Langan and MMG, Munitions and Explosives of Concern Remedial Investigation Report | 05/15/2007 |
| 26 | Excerpt of DAC-MIDAS Summary of PEP Compounds in an Item and JMC-MIDAS | 11/15/2016 |
| 27 | AECOM Environmental Group, Draft Conceptual Remedial Action Work Plan | 11/11/2005 |
| 28 | Excerpt of ENSR Corporation, Draft Remedial Investigation Report, Mar. 31, 2006 | 03/31/2006 |
| 29 | Excerpt of Langan and MMG, Remedial Investigation Work Plan | 05/04/2007 |

| EXHIBIT | DESCRIPTION | DATE |
|---|---|---|
| 30 | Excerpt of Langan, Baseline Ecological Evaluation | 03/29/2007 |
|  |  |  |
| 31 | Email from Maxxam's counsel to CBY's counsel (confidential) | 05/29/2008 |
| 32 | Letter from Maxxam's counsel to CBY's counsel | 01/27/2009 |
| 33 | Email from Joshua Crane to Brian Blum, et al. (confidential) | 01/25/2013 |
| 34 | Email from Joshua Crane to Brian Blum, et al. (confidential) | 10/14/2013 |
| 35 | Email from Brian Blum to Joshua Crane, et al. | 06/25/2014 |
| 36 | Email from Brian Blum to Joshua Crane, et al. (confidential) | 06/23/2014 |
| 37 | Email from Eric Edwardson to Charles Harmon (confidential) | 10/15/2013 |
|  |  |  |