# INDEX OF THE UNITED STATES' SUPPLEMENTAL EXHIBITS
# IN SUPPORT OF ITS OPPOSITION TO
# PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

| U.S. Supp. Ex. | Description | Date |
|---|---|---|
| 1 | Affidavit of Charles F. McLane, III, Ph.D. | 12/13/2017 |
| 2A, 2B | Expert Report of Charles F. McLane, III, Ph.D. | 07/17/2017 |
| 3 | Affidavit of Jay L. Brigham, Ph.D. | 12/14/2017 |
| 4 | Expert Report of Jay L. Brigham, Ph.D. | 07/17/2017 |
| 5 | General Preference Order No. M-41 | 10/15/1941 |
| 6 | History of Trichlorethylene – World War II | |
| 7 | Amendment No. 1 to General Preference Order No. M-41 | 03/30/1942 |
| 8 | War Production Board Amendment | 05/02/1942 |
| 9 | Order M-371 | 02/11/1944 |
| 10 | War Production Board Orders Transfer | 03/05/1945 |
| 11 | A History of the Production and Use of Carbon Tetrachloride, Tetrachloroethylene; Trichloroethylene and 1; 1;1-Trichloroethane in the United States: Part 2-Trichloroethylene and 1,1,1 ~Trichloroethane | 04/17/2000 |
| 12 | Affidavit of Harold B. Redmond, Jr. | 12/14/2017 |
| 13 | Affidavit of Shannon T. Rusnak | 12/14/2017 |
| 14 | Excerpt of Deposition of Brian Blum | 11/21/2016 |
| 15 | Excerpt of Deposition of Jay L. Brigham, Ph.D. | 08/10/2017 |
| 16 | Excerpt of Deposition of Richard Burrow | 11/22/2016 |
| 17 | Excerpt of Deposition of Steven Ganch | 11/02/2016 |
| 18 | Excerpt of Deposition of Daniel Linehan (United States 30(b)(6)) | 09/29/2016 |
| 19 | Excerpt of Deposition of William Lynott (CBY 30(b)(6)) (confidential) | 09/14/2016 |
| 20 | Excerpt of Deposition of Charles F. McLane, III Ph.D. | 08/24/2017 |
| 21 | Excerpt of Deposition of James Pastorick | 08/11/2016 |
| 22 | Excerpt of Deposition of Harold B. Redmond, Jr. | 08/17/2017 |
| 23 | Excerpt of Deposition of Shannon T. Rusnak | 08/04/2017 |
| 24 | Excerpt of Deposition of Chad Webb | 11/30/2016 |
| 25 | Excerpt of Deposition of Greg Zalaskus | 11/20/2006 |
| 26 | Excerpt of Deposition of Robert Zoch | 01/06/2007 |
| 27 | Excerpt of Deposition of Robert Zoch | 05/19/2017 |
| 28 | "Million and a Half Dollar Corporation to Locate Here," Cranbury Press (MAXCRAN0002813-14) | 06/13/1930 |
| 29 | "Much Interest in Cranbury's New Enterprise," Cranbury Press (MAXCRAN0002854-55) | 06/20/1930 |
| 30 | R. Mongan to W.Blandy (CRANBURY-NARACP0000031) | 09/12/1941 |
| 31 | Buckley, Jr. to Navy Department, Bureau of Ordnance, (MAXCRAN0005776-81) | 10/12/1944 |
| 32 | Lubelsky to The Chief of the Bureau of Ordnance (MAXCRAN0003160) | 12/11/1944 |
| 33 | MacGregor to Sawyer (MAXCRAN0003512-15) | 1/10/1945 |
| 34 | Navy Department Facilities Register (CRANBURY-NARACP0000409-756 @482) (confidential) | 03/31/1945 |

# INDEX OF THE UNITED STATES' SUPPLEMENTAL EXHIBITS
# IN SUPPORT OF ITS OPPOSITION TO
# PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

| U.S. Supp. Ex. | Description | Date |
|---|---|---|
| 35 | Civilian Production Administration, Alphabetic Listing of Major War Supply Contracts, Cumulative, June 1940 through September 1945, volume 4, Rey-Z (U.S. Civilian Production Administration, Industrial Statistics Division, circa. 1946) (CRANBURY-BRIGHAM-0000146-93) | circa 1946 |
| 36 | Fortenbaugh to the Chief of the Bureau of Ordnance (MAXCRAN0003516-20) | 1/5/1946 |
| 37 | Munitions Board, Industrial Facilities Survey, Unexcelled Chemical Corporation, Cranbury, NJ, (MAXCRAN0003785-90) | 10/12/1949 |
| 38 | "Fireworks Plant Blast Rocks Area," Asbury Park Evening Press (CRANBURY-BRIGHAM-0000030-31) | 11/3/1949 |
| 39 | Chief, Financial Services Branch to Chief, Procurement Planning Branch (MAXCRAN0003810-11) | 1/27/1953 |
| 40 | Fox to Office Chief of Ordnance (NARA-SL0000109) | 6/9/1953 |
| 41 | Sternberg to Chief, Ammo. Branch, Insp. Div. (CRANBURY-NARASL001331-32) | 7/27/1954 |
| 42 | Letter from J. Tew (U.S. Navy) to R. Corcory (NJDEP)(CRANBURY-NAVY0000008) | 03/04/2005 |
| 43 | Email from Ken Elliott to Mike Nevins (CRANBURY-LANGANSUBP0280226) | 06/08/2007 |
| 44 | Monthly Status Report – November 2013 prepared by MMG (CBY_0039976 @ CBY_0039984) | 12/12/2013 |
| 45 | A New Jersey Property Owner's Guide to Hiring Licensed Site Remediation Professionals (obtained from http://www.nj.gov/lsrpboard/board/licensure/lsrp_hiring_guide.html on 12/14/2017) | |
| 46 | Declaration of Nadine Drake | 1/12/2007 |