UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CRANBURY BRICK YARD, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, THE UNITED STATES DEPARTMENT OF THE NAVY, and THE UNITED STATES DEPARTMENT OF THE ARMY, <br><br> Defendants. | Civ. Action No. 15-2789 (BRM) (LHG) <br><br> PLAINTIFF'S NOTICE OF APPEAL |

Notice is hereby given that Cranbury Brick Yard, LLC ("CBY"), Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order of the United States District Court for the District of New Jersey granting the Motion for Summary Judgment of Defendants United States of America, United States Department of the Navy, and United States Department of the Army (collectively "Defendants") and denying CBY's Motion for Summary Judgment entered in this action on September 17 (ECF No. 68), and the accompanying opinion (ECF No. 69) entered in this action on October 3, 2018.

Respectfully submitted,

/s/ John McGahren
John McGahren, Esq.
Stephanie R. Feingold, Esq.
Mark Fiore, Esq.
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ  08540
609.919.6641 (phone)
609.919.6701 (fax)
john.mcgahren@morganlewis.com
*Attorneys for Plaintiff*
*Cranbury Brick Yard, LLC*

October 12, 2018

## **CERTIFICATE OF SERVICE**

I, Stephanie R. Feingold, do hereby certify that a true and correct copy of Cranbury Brick Yard, LLC's Notice of Appeal was served on all counsel of record by ECF.

/s/ Stephanie R. Feingold
Stephanie R. Feingold

October 17, 2018